UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESTELA VALDEZ,

                       Plaintiff,          **ORDER TO SHOW CAUSE**
   -against-                            16-CV-4371 (ADS) (SIL)

JOHN DOE CORP. 1 *doing business as*
24 HOUR LAUNDROMAT, JOHN DOE
CORP. 2 *doing business as* 24 HOUR
LAUNDROMAT, JOHN DOE CORP. 3
*doing business as* 24 HOUR
LAUNDROMAT, JOHN DOE CORP. 4
*doing business as* 24 HOUR
LAUNDROMAT, JOHN DOE CORP. 5
*doing business as* 24 HOUR
LAUNDROMAT, JOHN DOE CORP. 6
*doing business as* 24 HOUR
LAUNDROMAT, and STEPHEN
GREGORETTI,

                       Defendants.
------------------------------------------------------------X

**LOCKE, Magistrate Judge:**

      On March 29, 2017, Defendants John Doe Corp. 1 *doing business as* 24 Hour Laundromat, John Doe Corp. 2 *doing business as* 24 Hour Laundromat, John Doe Corp. 3 *doing business as* 24 Hour Laundromat, John Doe Corp. 4 *doing business as* 24 Hour Laundromat, John Doe Corp. 5 *doing business as* 24 Hour Laundromat, John Doe Corp. 6 *doing business as* 24 Hour Laundromat, and Stephen Gregoretti ("Defendants") filed a letter motion seeking an Order directing Plaintiff Estela Valdez ("Plaintiff") to show cause as to why her subpoena *duces tecum*, served on non-party Karpf, Karpf & Cerutti, P.C. (the "Non-Party") on March 29, 2017 (the "Subpoena"),

and returnable on April 5, 2017, should not be quashed pursuant to Federal Rules of Civil Procedure 45 and 26.  See Docket Entry ("DE") [20].

**IT IS HEREBY ORDERED THAT** Plaintiff shall show cause before the Honorable Steven I. Locke, United States Magistrate Judge, in Courtroom 820 of the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York, 11722, on the 4th day of April, 2017 at 11:00 A.M., why Plaintiff's subpoena *duces tecum* served on the Non-Party should not be quashed pursuant to Federal Rules of Civil Procedure 45 and 26.

**IT IS FURTHER ORDERED THAT** counsel for Defendants shall serve a copy of this Order to Show Cause on Plaintiff and the Non-Party by hand delivery on or before Friday, March 31, 2017 at noon, and promptly file proof of service on ECF.

**IT IS FURTHER ORDERED THAT** Plaintiff shall file any opposition to Defendants' Motion, DE [20], by an electronically filed letter on or before Monday, April 3, 2017.

**IT IS FURTHER ORDERED THAT** the Non-Party shall file any opposition to Defendants' Motion, DE [20], by an electronically filed letter on or before Monday, April 3, 2017.

Dated:     Central Islip, New York
             March 30, 2017

**SO ORDERED.**

<u>s/ Steven I. Locke</u>
STEVEN I. LOCKE
United States Magistrate Judge